1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         EASTERN DISTRICT OF CALIFORNIA

8

9    EDNA GARIBAY, et al.,                    Case No.   1:24-cv-00308-KES-EPG

10                   Plaintiffs,              ORDER REGARDING STIPULATION FOR
                                              DISMISSAL OF ACTION WITH PREJUDICE
11        v.                                  AND DIRECTING CLERK OF COURT TO
                                              CLOSE THE CASE
12   CITY OF MERCED, et al.,
                                              (ECF No. 34)
13                   Defendants.

14

15           On August 25, 2025, Plaintiffs Edna Garibay, et al, and Defendants City of Merced, et al.

16   participated in a settlement conference before the Court. During the settlement conference, the

17   parties agreed to a settlement and the Court ordered dispositional documents be filed no later than

18   October 24, 2025. (ECF No. 33).

19           On September 25, 2025, the parties filed a joint stipulation dismissing the action with

20   prejudice. (ECF No. 34).  Further, the joint stipulation provided that the dismissal does not

21   constitute an adjudication on the merits and each party bear their own costs, fees and expenses.

22   (*Id.*).

23           Upon consideration of the parties' stipulation, this action has been terminated pursuant to

24   Fed. R. Civ. P. 41(a)(1)(A)(ii). [1] The action is dismissed with prejudice and without an award of

25   costs or attorneys' fees.

26   ///

27   _____

     [1] The parties' filing (ECF No. 34) refers to Fed R. Civ. P. 41(a)(2).  However, Fed R. Civ. P.
28   41(a)(1)(A)(ii) is the provision that applies here because it addresses dismissal of an action based on "a
     stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                                   1

Accordingly, the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **September 26, 2025**　　　　　　/s/ _Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE